# United States District Court
# For The Western District of North Carolina
# Charlotte Division

HOWARD EDWARD MCCALL,

        Plaintiff(s),

vs.

USA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12–cv-792-FDW
3:05-cr-104-FDW-16

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2012 Order.

Signed: November 30, 2012

Frank G. Johns, Clerk
United States District Court